1  JEFF WINCHESTER (Nevada Bar No. 10279)
   E: JWinchester@ohaganmeyer.com
2  **O'HAGAN MEYER PLLC**
   300 S. 4th Street, Ste 1250
3  Las Vegas, NV 89101
   T: 725.286.2801
4

5  *Attorneys for LA PACIFIC CENTER, INC.*

                   UNITED STATES DISTRICT COURT

                       DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS<br><br>    *Plaintiff*,<br><br>    vs.<br><br>L.A. PACIFIC CENTER, INC., a Nevada corporation<br><br>    *Defendant,* | Case No. 2:24-cv-02021-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

   Plaintiff John Meggs ("Plaintiff") and Defendant L.A. Pacific Center, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to extend Defendant L.A. Pacific Center, Inc.'s deadline to file its response to Plaintiff John Meggs' Complaint (ECF No. 1) through December 24, 2024. The current due date for Defendant's response is December 10th, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  This Stipulation is not being filed for any improper purpose or to cause undue delay.
2  Counsel for the Defendant has just been assigned to this matter and requires this extension so as
3  to review information in the Defendant's possession in order to draft and file a correct and
4  accurate response to the Complaint.

5
6  Dated this 9th day of December 2024          Dated this 9th day of December 2024

7
8  By:  /s/ Robert Spretnak                     By:  /s/ Jeff Winchester
   **LAW OFFICES OF ROBERT P.**                  **O'HAGAN MEYER PLLC**
   **SPRETNAK**
9
10 Robert P. Spretnak, Esq. (Bar No. 5135)      Jeff Winchester (Bar No. 10279)
   8275 S. Eastern Avenue, Suite 200            300 S. 4th Street, Suite 1250
11 Las Vegas, NV 89123                          Las Vegas, NV 89101
   T: 702.454.4900
12 E: bob@spretnak.com                          *Attorney for Defendant*

13 **ADAdvocates, LLC**
   George W. Eickhorst, III. Esq. (Pro Hac Vice
14 to be filed)
   777 Brickell Avenue, Suite 400
15 Miami, Florida 33131
   T: 305.481.9809
16 E: george@adadvocates.org

17 *Attorneys for Plaintiff*

18
19
20                                              IT IS SO ORDERED:
21
22                                              _____
                                                UNITED STATES DISTRICT JUDGE
23
24                                              DATED: 12/11/2024
25
26
27
28

2