LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702-454-4900
Fax: 702-938-1055
Email: bob@spretnak.com

ADAdvocates LLC
George W. Wickhorst, III, Esq. (admitted pro hac vice)
777 Brickell Avenue, Suite 400
Miami, Florida 33131
Telephone: 305-481-9809
Email: george@adadvocates.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, | ) |
| Plaintiff, | ) Case No.: 2:24-cv-02021-JAD-BNW |
| vs. | ) |
| L.A. PACIFIC CENTER, INC., a Nevada corporation, | ) **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) ECF No. 18 |

Plaintiff JOHN MEGGS and Defendant L.A. PACIFIC CENTER, INC., a Nevada corporation, by and through their respective counsels of record, by and through their respective counsels of record, STIPULATE and AGREE that this matter shall be dismissed with prejudice.

////

////

////

////

////

////

////

////

Page 1 of 2

Each party shall bear his or its own attorney's fees and/or costs.

DATED:  February 12, 2026.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
     Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

ADAdvocates LLC

By: George W. Wickhorst, III, Esq.
     (admitted pro hac vice)

777 Brickell Avenue, Suite 400
Miami, Florida 33131

Attorneys for Plaintiff

DATED:  February 12, 2026.

O'HAGAN MEYER PLLC

By: /s/ Jeffrey D. Winchster
     Marcus J. Lee, Esq. (Bar No. 15769)
     Jeffrey D. Winchester, Esq. (Bar No. 10279)

300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101

Attorneys for Defendant

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS **DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2026